UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| CARRIE B., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 2:23-cv-00566-MKK-MPB |
| | ) |
| MARTIN O'MALLEY, | ) |
| | ) |
| Defendant. | ) |

## FINAL JUDGMENT

The Court, having found in favor of Defendant and against Plaintiff, enters judgment in favor of Defendant. Accordingly, Plaintiff shall take nothing by way of Plaintiff's complaint. The decision of the Commissioner is **AFFIRMED**.

So **ORDERED**.

Date: 11/14/2024

_____
M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel via CM/ECF.